UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -2 P 1: 52

US DISTRICT COURT
HARTFORD CT

-------------------------------------------------------------

WALTER SCOTT PETERSON,

Plaintiff,

-v-

Docket No. 302CV-01844-CFD

UNUMPROVIDENT CORPORATION,  et al.,

Defendants.

-------------------------------------------------------------

## STIPULATION FOR EXCHANGE OF CONFIDENTIAL MATERIAL

The undersigned hereby stipulate and agree that information and documents deemed in

good faith by a party to be confidential, and designated as such, shall be maintained in

confidence by the parties, shall be used solely for the purposes of this litigation and shall not be

disclosed to any person other than: (a) the Court; (b) counsel for the parties and clerical,

paralegal and secretarial staff employed by them; (c) the parties to the extent counsel deems it

necessary or appropriate to assist in the conduct of this action, provided any person acting on

behalf of the party receiving such information enters into an agreement to be bound by the terms

hereof; (d) deposition witnesses and their counsel, provided any person testifying and counsel for

such person enters into an agreement to be bound by the terms hereof; and (e) outside consultants

and experts retained for the purpose of assisting counsel in this action, provided any such person

enters into an agreement to be bound by the terms hereof. Any party may contest the designation

by any other party of any information or documents as confidential and seek relief from the

Court with respect thereto. At the conclusion of this action, all documents containing

confidential information shall be promptly returned to the producing party or destroyed with the

receiving party providing a certification that such documents have been destroyed.

This Agreement pertains only to the exchange of information between the parties in this

lawsuit and does not pertain to any information that a party in this lawsuit may receive from a

third party who did not receive it under a confidentiality obligation from a party in this lawsuit or

another third party and disclosure of which would be in breach of a confidentiality obligation of

the third party.

Dated: November 7, 2003

The Plaintiff
Walter Scott Peterson

By_____
Domenico Zaino, Jr. (Bar No. ct04166) ct20082
Carmody & Torrance LLP
50 Leavenworth Street, Box 1110
Waterbury, CT 06721-1110
(203) 573-1200

The Defendants
Provident Life and Accident Insurance Company
UnumProvident Corporation

By_____
Joan O. Vorster (BBO No. 550375)
Mirick O'Connell DeMaille & Lougee LLP
100 Front Street
Worcester, MA 01608-1477
(508) 791-8500

The Defendant
Hilb, Rogal and Hamilton Company

By_____
Samuel B. Mayer (Bar No. ct14821)
46 Woodbury Avenue
Stamford, CT 06907
(203) 324-0711

WCH\25446.1