

*02 cv 1844 Compel*

FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER SCOTT PETERSON | : CIVIL ACTION NO. |
| | : 302 CV 01844 CFD |
| Plaintiff, | : |
| | : |
| VS. | : |
| | : FEBRUARY 16, 2004 |
| | : |
| UNUMPROVIDENT CORPORATION, | : |
| Defendant | : |
| PROVIDENT LIFE AND ACCIDENT | : |
| INSURANCE COMPANY, | : |
| Defendant | : |
| HILB, ROGAL AND HAMILTON COMPANY, | : |
| Defendant | : |

## MOTION TO COMPEL

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37(a), the plaintiff, Walter Scott Peterson, M.D. ("Dr. Peterson"), respectfully moves for an order against the defendant, Provident Life & Accident Insurance Company ("Provident") compelling compliance with Interrogatory Request Number 8 and Requests for Production 15 through 20 as contained in Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for Production dated April 30, 2003.

The undersigned has made good faith efforts to resolve, by agreement, the issues raised by this Motion. An affidavit detailing the good faith efforts is attached hereto as Exhibit A.

{W1286393}
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

WHEREFORE, for all the foregoing reasons, the Motion to Compel should be granted.

Respectfully submitted,
Walter Scott Peterson, M.D.


By:_____
Augustus R. Southworth III
Federal Bar No. ct04166
Domenico Zaino, Jr.
Federal Bar No. ct20082
Carmody & Torrance, LLP
50 Leavenworth Street
Waterbury, CT 06702
Phone: 203-573-1200
Fax: 203-575-2600
Email: dzaino@carmodylaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Motion to Compel and Memorandum of Law In Support of Motion to Compel has been mailed, postage prepaid, on February 17, 2004, to:

Joan O. Vorster, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

Samuel B. Mayer, Esq.
46 Woodbury Ave.
Stamford, CT 06907

_____
Domenico Zaino, Jr.