

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER SCOTT PETERSON<br><br>        Plaintiff,<br><br>VS.<br><br><br><br>UNUMPROVIDENT CORPORATION,<br>     Defendant<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>     Defendant<br>HILB, ROGAL AND HAMILTON COMPANY,<br>     Defendant | : CIVIL ACTION NO.<br>: 302 CV 01844 CFD<br>:<br>:<br>:<br>:<br>:<br>: FEBRUARY 16, 2004<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

I, **Domenico Zaino, Jr.,** having been duly sworn, depose and say that:

1. This Affidavit is made on my personal knowledge;

2. I am over eighteen years of age;

3. I believe in the obligation of an oath;

4. I am an attorney admitted to practice law in the State of Connecticut and the District Court for the State of Connecticut. I am a partner with Carmody & Torrance, LLP.

5. I represent the plaintiff, Walter Scott Peterson, M.D. ("Dr. Peterson"), in the above-referenced action.

6. On April 30, 2003, the plaintiff served the defendant, Provident Life & Accident Insurance Company (hereinafter, "Provident") with Interrogatories and Requests for Production.

7. Provident has objected to Interrogatory Number 8 and has objected and refused to produce any responsive documents to Requests for Production Number 15 through 20.

8. This Affidavit accompanies the plaintiff's Motion to Compel to require Provident to answer Interrogatory Number 8 and produce all responsive documents to Requests for Production Number 15 through 20.

9. I have conferred with opposing counsel by letter and telephone on several occasions and have discussed in detail the discovery issues in a good faith effort to eliminate or reduce the area of controversy, and to arrive at a mutually satisfactory resolution, but have been unable to obtain the requested discovery.

_____
Domenico Zaino, Jr.

STATE OF CONNECTICUT )
                     ) ss. Waterbury          February 16, 2004
COUNTY OF NEW HAVEN  )

Subscribed and sworn to before me, this 16th day of February 2004.

_____
Notary Public
My commission expires

JENNIFER SYMMES
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31 2008