FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| WALTER SCOTT PETERSON<br>Plaintiff, | CIVIL ACTION NO:<br>302 CV 01844 CFD |
| V. | |
| UNUMPROVIDENT CORPORATION,<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY and HILB,<br>ROGAL AND HAMILTON COMPANY<br>Defendants | February 26, 2004 |

## APPEARANCE

Please enter the appearance of Domenico Zaino, Jr. on behalf of the plaintiff in the above-entitled action.

THE DEFENDANT,

BY: _____
DOMENICO ZAINO, JR.
FOR: Carmody & Torrance LLP
50 Leavenworth Street, P.O. Box 1110
Waterbury, CT 06721-1110
(203) 573-1200
Federal Bar No. ct20082
Its Attorneys

{W1289720}

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Joan O. Vorster, Esq.
Jay P. Symonds, Esq.
Kristina H. Allaire, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

Samuel B. Mayer, Esq.
Duane Morris
46 Woodbury Avenue
Stamford, CT 06907

_____
Domenico Zaino, Jr.

{W1289720}

CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200