UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER SCOTT PETERSON,              : | |
|     Plaintiff                                          : | |
|                                                               : | |
| v.                                                           : | Civil Action No. 3:02CV1844 (CFD) |
|                                                               : | |
| UNUMPROVIDENT CORPORATION,    : | |
| PROVIDENT LIFE AND ACCIDENT       : | |
| INSURANCE COMPANY, and HILB,     : | |
| ROGAL AND HAMILTON COMPANY, : | |
|     Defendants.                                     : | |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_  A recommended ruling on the following motions which are currently pending:  (orefm.)

_X_  A ruling on the following motion which is currently pending: Doc. #29, <u>Motion to Compel</u>  (orefm.)

\_\_\_\_  A settlement conference (orefmisc./cnf)

\_\_\_\_  A conference to discuss and approve the following:  (orefmisc./cnf)

\_\_\_\_  Other:  (orefmisc./misc) _____

SO ORDERED this  _9th_  day of March 2004,  at Hartford, Connecticut.

/s/ CFD

Christopher F. Droney
United States District Judge