# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER SCOTT PETERSON | : CIVIL ACTION NO. |
| Plaintiff, | : 302 CV 01844 CFD |
| VS. | : |
| | : FEBRUARY 16, 2004 |
| UNUMPROVIDENT CORPORATION, Defendant | : |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, Defendant | : |
| HILB, ROGAL AND HAMILTON COMPANY, Defendant | : |

## MOTION TO COMPEL

March 15, 2004.  This motion is **DENIED** without prejudice to renewal after Judge Droney has ruled on the preemption issue that is lurking so largely in the shadows of this case. This only makes sense because, whether the requested discovery is "relevant to the *claim*" of plaintiff within the meaning of Fed. R. Civ. P. 26(b)(1) hinges on whether plaintiff's state law contract claims and those under CUTPA survive the ERISA preemption arguments of defendants UnumProvident and Provident Life. This is not a recommended ruling. It is a discovery ruling and order subject to review under the "clearly erroneous" statutory standard of review set forth in 28 U.S.C. 636(b)(1)(A).

Thomas P. Smith
United States Magistrate Judge

FILED 2004 MAR 15 P U.S. DISTRICT COURT HARTFORD

CARMODY & TORRANCE LLP
Attorneys at Law
{W1284438}

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200