# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT

FILED

WALTER SCOTT PETERSON
    Plaintiff,

VS.

UNUMPROVIDENT CORPORATION,
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,
HILB, ROGAL AND HAMILTON COMPANY,
    Defendants

:  CIVIL ACTION NO.
:  302 CV 01844 CFD
:
:  MARCH 30, 2004
:
:
:
:
:
:

## MOTION FOR RECONSIDERATION

Pursuant to Rule 7(c) of Local Rules of the United States District Court for the

District of Connecticut, the plaintiff, Walter Scott Peterson, M.D., respectfully moves

that this Court reconsider its decision dated March 15, 2004 denying plaintiff's Motion to

Compel without prejudice. This Motion should be granted because the Court's decision

is inconsistent with a prior ruling issued by Judge Droney and Dr. Peterson is entitled to

the discovery he has requested. The grounds for this Motion are detailed in the attached

Memorandum of Law.

Respectfully submitted,
Walter Scott Peterson, M.D.

By:_____
Augustus R. Southworth III
Federal Bar No. ct04166
Domenico Zaino, Jr.
Federal Bar No. ct20082
Carmody & Torrance, LLP
50 Leavenworth Street
Waterbury, CT 06702
Phone: 203-573-1200
Fax: 203-575-2600
Email: dzaino@carmodylaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Compel and Memorandum of Law In Support of Motion to Compel has been mailed, postage prepaid, on April 1, 2004, to:

Joan O. Vorster, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

Samuel B. Mayer, Esq.
46 Woodbury Ave.
Stamford, CT 06907

_____
Domenico Zaino, Jr.