UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WALTER SCOTT PETERSON | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02CV01844 (CFD) |
| | : | |
| VS. | : | |
| | : | APRIL 14, 2004 |
| UNUMPROVIDENT CORPORATION, | : | |
|     Defendant | : | |
| PROVIDENT LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY, | : | |
|     Defendant | : | |
| HILB, ROGAL AND HAMILTON COMPANY, | : | |
|     Defendant | | |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Local Rules 9(b) and 11(b) the Plaintiff, **WALTER SCOTT PETERSON, M.D.**, and the defendants, **UNUMPROVIDENT CORPORATION** and **PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,** respectfully move for an extension of the current deadlines set forth in the scheduling order entered by the Court on October 8, 2003, as follows:

| Current Deadline | ProposedNew Deadline |
|---|---|
| April 30, 2004—deposition of fact witnesses | August 31, 2004 |
| April 30, 2004—designation of plaintiff's experts | June 30, 2004 |
| May 31, 2004—deposition of plaintiff's experts | July 31, 2004 |
| June 30, 2004—designation of defendant's experts | August 31, 2004 |
| July 31, 2004—deposition of defendant's experts | September 30, 2004 |
| July 31, 2004—completion of all depositions | September 30, 2004 |
| September 15, 2004—dispositive motions | November 30, 2004 |
| November 31, 2004—joint trial memorandum | January 31, 2005 |
| January 1, 2005—trial ready | March 1, 2005 |

{W1296490}

This is the second extension of time with respect to the deadlines contained in the Rule 26(f) Planning Report. The defendant, Hilb Rogal & Hamilton Company, does not have any objection to the granting of this Motion.

The parties respectfully request this extension for the following reasons:

(a) The plaintiff has filed a Motion to Compel that was denied by the Court without prejudice. The plaintiff has filed a Motion for Reconsideration that is currently pending a ruling from the Court. Plaintiff's counsel will need to review any additional documents that may be produced as a result of the Court's ruling on the plaintiff's Motion to Compel prior to taking several pending depositions.

(b) The additional documents that may be produced pursuant to the Plaintiff's Motion to Compel will need to be reviewed by the plaintiff's potential experts.

(c) Trial counsel for the plaintiff and the defendants, UnumProvident Corporation and Provident Life & Accident Insurance Company, are currently on trial and have heavy trial schedules through mid-June. There are additional out-of-state depositions that cannot, given trial counsels' schedules, be completed until significantly after the current April 30th deadline.

For the foregoing reasons, the plaintiff and the defendants UnumProvident Corporation and Provident Life & Accident Insurance Company respectfully request this modification of the scheduling order.

PLAINTIFF, WALTER SCOTT PETERSON

BY:_____
    Augustus R. Southworth III (Bar No. ct04166)
    Domenico Zaino, Jr. (Bar No. ct20082)
    Carmody & Torrance LLP
    50 Leavenworth Street, P.O. Box 1110
    Waterbury, CT 06721-1110
    Phone: 203-573-1200
    Fax: 203-575-2600

THE DEFENDANTS, UNUMPROVIDENT
CORPORATION & PROVIDENT LIFE &
ACCIDENT INSURANCE COMPANY

By:_____
    Joan O. Vorster, Esq.
    BBO#CT20230
    Kristina H. Allaire, Esq.
    BBO #CT 22072
    Mirick, O'Connell, DeMallie & Lougee, LLP
    100 Front Street
    Worcester, MA 01608-1477
    Phone: (508) 791-8500
    Fax: (508) 791-8502

## **CERTIFICATION**

This is to certify that on this the 14th day of April, 2004, a copy of the foregoing was sent via regular mail, postage pre-paid, to the following counsel of record:

Samuel B. Mayer, Esq.
Duane Morris
46 Woodbury Avenue
Stamford, CT 06907

                                                       _____
                                                       Augustus R. Southworth III
                                                       Domenico Zaino, Jr.