FILED
2004 APR 15 A 11: 09
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER SCOTT PETERSON<br>Plaintiff | CIVIL ACTION NO.<br>3:02CV01844 (CFD) |
| VS. | |
| | APRIL 14, 2004 |
| UNUMPROVIDENT CORPORATION,<br>Defendant<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>Defendant<br>HILB, ROGAL AND HAMILTON COMPANY,<br>Defendant | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Local Rules 9(b) and 11(b) the Plaintiff, **WALTER SCOTT PETERSON, M.D.**, and the defendants, **UNUMPROVIDENT CORPORATION** and **PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY**, respectfully move for an extension of the current deadlines set forth in the scheduling order entered by the Court on October 8, 2003, as follows:

| Current Deadline | ProposedNew Deadline |
|---|---|
| April 30, 2004—deposition of fact witnesses | August 31, 2004 |
| April 30, 2004—designation of plaintiff's experts | June 30, 2004 |
| May 31, 2004—deposition of plaintiff's experts | July 31, 2004 |
| June 30, 2004—designation of defendant's experts | August 31, 2004 |
| July 31, 2004—deposition of defendant's experts | September 30, 2004 |
| July 31, 2004—completion of all depositions | September 30, 2004 |
| September 15, 2004—dispositive motions | November 30, 2004 |
| November 31, 2004—joint trial memorandum | January 31, 2005 |
| January 1, 2005—trial ready | March 1, 2005 |

{W1296490}
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

*Granted. So ordered.* [handwritten annotation]