UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER SCOTT PETERSON<br>    Plaintiff, | : CIVIL ACTION NO.<br>: 302 CV 01844 CFD |
| VS. | : MARCH 30, 2004 |
| UNUMPROVIDENT CORPORATION,<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>HILB, ROGAL AND HAMILTON COMPANY,<br>    Defendants | : |

**April 26, 2004.** The motion to reconsider is **DENIED**, and the undersigned adheres to his March 15, 2004 decision for all of the reasons stated therein, below, and in defendant's opposition memorandum (Dkt. #40).

This is not really a motion to reconsider, for it does not meet the criteria for a motion to reconsider. See e.g., Shrader v. CSX Transportation, Inc., 70 F.3d 367, 368 (2d Cir. 1995); LoSacco v. City of Middletown, 822 F.Supp. 870, 876 (D.Conn. 1993); Metropolitan Entertainment Co. v. Koplik, 25 F.Supp.2d 367, 368 (D.Conn. 1998).

The motion essentially argues that the magistrate judge's decision is "wrong" in that it supposedly conflicts with an earlier ruling of Judge Droney. In reality, there is no conflict or inconsistency with anything Judge Droney has done in this case. If Judge Droney disagrees, he is free to reverse the magistrate's determination in the event he finds it "clearly erroneous" or "contrary to law." 28 U.S.C. §636(b)(1)(A).

The preemption issue before the court is not a particularly difficult one, and the magistrate judge predicts that when Judge Droney ultimately resolves that question, it will be in defendant's favor. Meanwhile, the magistrate declines to compel the defendant to comply with plaintiff's discovery requests for the reasons set forth in the March 15, 2004 endorsement. This is not a "recommended ruling." It is a discovery ruling and order subject to review under the "clearly erroneous" standard of review set forth in 28 U.S.C. §636(b)(1)(A).

Thomas P. Smith
United States Magistrate Judge

Telephone: 203 573-1200