

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -9 A 11: 01
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| WALTER SCOTT PETERSON,<br>Plaintiff<br><br>V.<br><br>UNUMPROVIDENT CORPORATION,<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY, and<br>HILB, ROGAL AND HAMILTON<br>COMPANY,<br>Defendants | CIVIL ACTION NO. 302CV01844CFD |

*Granted, nunc pro tunc. So ordered. 4/26/04 /s/ DJS*

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO MOTION TO COMPEL

Pursuant to Local Rule 7(b) the defendant, The Provident Life and Accident Insurance Company ("Provident"), requests that the time in which it is required to file its opposition to the plaintiff's Motion to Compel be extended from March 9, 2004 to March 11, 2004.

On February 16, 2004, Plaintiff filed this motion to compel responses to discovery requests. This motion is directed towards Provident and does not address any issues pertaining to the co-defendant. Provident's opposition is due to be filed by March 9, 2004. Provident requests this short two-day extension of time to allow the client to review the opposition and confer with counsel to determine if an affidavit in support is necessary. Due to the undersigned's deposition schedule, motion schedule in other matters and preparation for upcoming trials, counsel has been unable to complete and send the opposition to the client for review before today. This short extension of time will not prejudice the plaintiff.

{H:\PA\Lit\16310\00042\A0695923.DOC}