**PROVIDENT
LIFE & ACCIDENT
INSURANCE COMPANY**

ACCIDENT DEPARTMENT
2321 WHITNEY AVENUE
HAMDEN CENTER II, SUITE 102
HAMDEN, CT 06518

**ROBERT J. PETERSON, CLU**
BRANCH MANAGER
(203) 248-7173

November 3, 1987

Ms. Vicki Sweeney
Kenney, Webber & Lowell
Canton Village
Canton, CT  06019

RE: Eye Associates of Waterbury, Risk #32444
    Dr. W. Scott Peterson, #335-751908

Dear Vicki:

Thank you for your letter with regards to the doctors' request that they be insured as "Opthalmic surgeon specializing in cataract and implant surgery."

Our Home Office replied to us on July 27, 1987, and stated that this description of their duties has been made part of their files and that they will be insured as such.

If you should have any questions on this, please let me know.

Yours truly,

Robert J. Peterson, CLU

RJP:pws

**Kenney, Webber & Lowell, Inc.**
and H. Ward Pinney Agency

CANTON VILLAGE • CANTON, CONNECTICUT 06019 • TELEPHONE (203) 693-6351

AIDAN D. KENNEY, C.I.C.
JON W. WEBBER, C.L.U., Ch.F.C.
DONALD J. HARRISON, C.L.U., Ch.F.C.
ANTHONY W. NEWMAN, C.I.C.
ANDREW POTOCZNY, C.I.C.
GEOFFREY S. FERMAN, C.L.U.
STEVEN L. BOMBARD
SHERWOOD E. HOTCHKISS
EDWARD J. KUBASEK II
LEANN MICHAUD, C.P.I.W.

November 6, 1987

W. Scott Peterson, M.D.
Eye Associates of Waterbury, P.C.
87 Grandview Avenue
Waterbury, CT 06708

PERSONAL & CONFIDENTIAL

RE: PROVIDENT DISABILITY INCOME POLICY #06335-751908

Dear Dr. Peterson:

Please find enclosed a letter from the manager of our local Provident Life & Accident Insurance Company office indicating that your definition of disability through the Provident reads as follows "Ophthalmic Surgeon Specializing in Cataract & Implant Surgery". Mr. Peterson indicates that this description has been made part of your file and that you will be insured with that specialty.

If you have any questions, please do not hesitate to give me a call.

Cordially,

*Vicki Sweeney*

(Mrs.) Vicki Sweeney
Life Marketing Coordinator

VS:la
4/96



A Subsidiary of American Brokerage Corporation



**Kenney, Webber & Lowell, Inc.**
and H. Ward Pinney Agency

CANTON VILLAGE • CANTON, CONNECTICUT 06019 • TELEPHONE (203) 693-6351

AIDAN D. KENNEY, C.I.C.
JON W. WEBBER, C.L.U., Ch.F.C.
DONALD J. HARRISON, C.L.U., Ch.F.C.
ANTHONY W. NEWMAN, C.I.C.
ANDREW POTOCZNY, C.I.C.
GEOFFREY S. FERMAN, C.L.U.
STEVEN L. BOMBARD
SHERWOOD E. HOTCHKISS
EDWARD J. KUBASEK II

June 19, 1987

Richard A. Getnick, M.D., F.A.C.S.
Eye Associates of Waterbury, P.C.
87 Grandview Avenue
Waterbury, CT 06708

<u>Personal & Confidential</u>

RE:  PROVIDENT POLICY #06335-741185

Dear Dr. Getnick:

The above-captioned long-term Disability Income contract has a definition of disability based on your own occupation as an opthalmic surgeon. I have enclosed a letter on plain bond paper addressed to the Provident which will further clarify your specialty as cataract and implant surgery. This will be forwarded to the Provident to clarify your medical specialty as far as the definition of disability is concerned. Please sign the form and send it back to me in the envelope provided.

If you have any questions, please do not hesitate to give me a call.

Cordially,

Vicki Sweeney

(Mrs.) Vicki Sweeney
Life Marketing Coordinator

VS:la
5/80

June 24, 1987

Robert C. Peterson, CLU
Provident Life & Accident
2321 Whitney Avenue
Hamden Center II, Suite 102
Hamden, CT 06518

Re:  Provident Policy # 06335-741185

Dear Mr. Peterson,

My occupation on the above-captioned disability income policy is currently shown as "Opthalmic Surgeon". As further clarification, the correct wording for my occupation should read "Opthalmic Surgeon specializing in Cataract and Implant Surgery." Thank you very much for your cooperation in making sure that this information is attached to my file and sent to your Home Office.

Sincerely,

Richard A. Getnick, M.D., F.A.C.S.
Eye Associates of Waterbury, P.C.

# Kenney, Webber & Lowell, Inc.
and H. Ward Pinney Agency

CANTON VILLAGE • CANTON, CONNECTICUT 06019 • TELEPHONE (203) 693-6351

AIDAN O. KENNEY, C.I.C.
JON W. WEBBER, C.L.U., Ch.F.C.
DONALD J. HARRISON, C.L.U., Ch.F.C.
ANTHONY W. NEWMAN, C.I.C.
ANDREW POTOCZNY, C.I.C.
GEOFFREY S. FERMAN, C.L.U.
STEVEN L. BOMBARD
SHERWOOD E. HOTCHKISS
EDWARD J. KUBASEK II
LEANN MICHAUD, C.P.I.W.

November 6, 1987

Richard A. Getnick, M.D.
Eye Associates of Waterbury, P.C.
87 Grandview Avenue
Waterbury, CT 06708

PERSONAL & CONFIDENTIAL

RE: POLICY #06335-741185

Dear Dr. Getnick:

Per your telephone conversation regarding the definition of disability on the above-captioned disability income contract, I checked with the Provident to find out if your specialty had been further clarified as were the specialties for Drs. Peterson and Gilbert. Apparently, your own occupation definition is still based on "Ophthalmic Surgeon" and the letter which I have enclosed over your signature will further clarify your definition to read "Ophthalmic Surgeon Specialzing in Cataract & Implant Surgery". Please sign this letter and send it back to me as soon as possible so that I can forward it to the Provident to keep with your file.

If you have any questions, please do not hesitate to give me a call.

Cordially,

(Mrs.) Vicki Sweeney
Life Marketing Coordinator

VS:la
4/94



November 6, 1987


Provident Life & Accident Insurance Company
Attention: Robert J. Peterson, CLU
2321 Whitney Avenue
Hamden Center II, Suite 102
Hamden, CT 06518

RE: POLICY #06335-741185

Dear Mr. Peterson:

Please be advised that I have a specialty within ophthalmic surgery which I would like added to the definition of total disability on the above-captioned contract. My specialty should read as follows "Ophthalmic Surgeon Specializing in Cataract & Implant Surgery". Please forward this letter to your Home Office to keep with my file to make sure that my definition of disability reads as above specified.

Thank you in advance for your cooperation.

Sincerely,

*[signature]*

Richard A. Getnick, M.D.
Eye Associates of Waterbury, P.C.
87 Grandview Avenue
Waterbury, CT 06708


4/95

# Kenney, Webber & Lowell, Inc.
### and H. Ward Pinney Agency

AIDAN D. KENNEY, C.I.C.
JON W. WEBBER, C.L.U., Ch F C.
DONALD J. HARRISON, C.L.U., Ch F C
ANTHONY W. NEWMAN, C.I.C.
ANDREW POTOCZNY, C I C
GEOFFREY S. FERMAN, C L U
STEVEN L. BOMBARD
SHERWOOD E. HOTCHKISS
EDWARD J. KUBASEK II
LEANN MICHAUD, C.P.I.W.

November 23, 1987

Provident Life & Accident Insurance Company
Attention: Robert J. Peterson, CLU
2321 Whitney Avenue
Hamden Center II, Suite 102
Hamden, CT 06518

RE: RICHARD A. GETNICK, M.D. PROVIDENT POLICY #06335-741185

Dear Bob:

Please find enclosed a letter which has been signed by Dr. Getnick clarifying and redefining his definition of disability on the above-captioned life insurance contract to read as follows "Ophthalmic Surgeon Specializing In Cataracts & Implant Surgery". This letter should be forwarded to the Home Office and a letter of confirmation should be sent to Dr. Getnick at Eye Associates.

Thank you in advance for your cooperation.

Cordially,

(Mrs.) Vicki Sweeney
Life Marketing Coordinator

VS:lb
2/8
cc: Richard A. Getnick, M.D. ✓



# PROVIDENT LIFE & ACCIDENT
### INSURANCE COMPANY

ACCIDENT DEPARTMENT
2321 WHITNEY AVENUE
HAMDEN CENTER II, SUITE 102
HAMDEN, CT 06518

ROBERT J. PETERSON, CLU
BRANCH MANAGER
(203) 248-7173

December 4, 1987

Dr. Richard A. Getnick
Eye Associates of Waterbury, P. C.
87 Grandview Avenue
Waterbury, CT   06708

RE:  Policy No. 6335-741185

Dear Dr. Getnick:

Thank you for your letter regarding your specialty of "Opthalmic Surgeon Specializing in Cataract and Implant Surgery." Your letter has been forwarded to our Home Office to be entered into your file regarding our definition of disability.

If you should have any questions, please feel free to contact me.

Yours truly,

Robert J. Peterson, CLU

RJP:pws

cc:  Kenney, Webber & Lowell