

**Kenney, Webber & Lowell, Inc.**
and H. Ward Pinney Agency

CANTON VILLAGE•CANTON, CONNECTICUT 06019•TELEPHONE (203) 693-6351

AIDAN D. KENNEY, C.I.C.
JON W. WEBBER, C.L.U.
DONALD J. HARRISON, C.L.U.
ANTHONY W. NEWMAN, C.I.C.
ANDREW POTOCZNY, C.I.C.
GEOFFREY S. FERMAN, C.L.U.
STEVEN L. BOMBARD
SHERWOOD E. HOTCHKISS
EDWARD I. KUBASEK II

October 22, 1986

Richard A. Getnick, M.D.
54 Porter Hill
Middlebury, CT 06762

Re: Provident Long-Term Disability Income Coverage

Dear Dick:

After our telephone conversation regarding the questions which the Equifax inspector asked you, I called the local Provident office to find out the reasoning behind the questions. They told me that the number of hours that you spend doing surgery versus the number of hours you spend weekly seeing patients is of absolutely no importance to them as far as the definition of disability for you as an opthalmic surgeon. If you are still able to see patients but cannot perform the surgery you are considered totally disabled by the Provident and will receive your full disability income benefit.

I hope that this will relieve your mind as to the definition of total disability for the Provident and if you have further questions about it, please do not hesitate to give me a call.

Very truly yours,

Jon W. Webber, CLU, ChFC

JWW:la
2/41