CARDIOLOGY ASSOCIATES OF WATERBURY, P.C.
455 CHASE PARKWAY
WATERBURY, CONNECTICUT 06708

TELEPHONE (203) 573-1435
FAX (203) 753-1096

HENRY BORKOWSKI, JR., M.D.
DENNIS L. DOBKIN, M.D.
JAMES F. FLINT, M.D.
PAUL F. KELLY, M.D.
KEVIN G. KETT, M.D.
STEPHEN C. WIDMAN, M.D.

December 27, 2000

Lorraine M. Peters, RN
Medical Case Manager
GENEX Services, Inc.
99 South Bedford Street
Burlington, MA 01803
Fax – 781-272-0499

RE: PETERSON, W. SCOTT DR.
DOB: 09/04/44

Dear Ms. Peters:

In response to your letter of December 21, 2000, I can report the following about Dr. W. Scott Peterson.

With regard to question number one about meeting the goals of cardiac rehab, I do not yet have a final report from them so I can't answer that question.

Question number two with respect to the stress test, Dr. Peterson did have a Cardiolite stress test done on 10/10/00. He completed 9 minutes and 16 seconds of a standard Bruce Protocol. The peak heart rate, however, was only 80/min. which was 49% of the age predicted maximum. He had been tapered off Atenolol, however, he did demonstrate chronotropic incompetence. He had no chest pain and no ST depressions. He did have frequent PVC's with exercise and recovery and his BP response to exercise was normal. The Cardiolite SPECT scan did not show any ischemia. There was a fixed defect in the lateral region which was small and a segmental wall motion abnormality was present in that region. His global ejection fraction was 52%. A copy of that report is enclosed.

With respect to question number three, he is functional Class I according to the American Heart Association functional classifications.

Question number four current medications and dosage and current and proposed treatment. He is presently taking Aspirin 325 mg daily, Atenolol 125 mg daily, Niaspan 500 mg daily, Vitamin C 250 mg daily and Vitamin E 400 units daily.

RE: PETERSON, W. SCOTT DR.
DOB: 09/04/44
PAGE 2


The plan for treatment is as follows:

Dr. Peterson is 56 years old and has hypertension and a low HDL. He has had a myocardial infarction and in July of this year had angioplasty and stenting of an occluded circumflex marginal. He also has a 70% stenosis in a very large diagonal of the LAD at the origin of that vessel and has demonstrated luminal irregularities in the distal LAD and right coronary artery. Hence, he does have coronary atherosclerosis.

He will be treated aggressively to control his hypertension and to try to elevate his HDL cholesterol through physical conditioning and drug therapy. His most recent LDL was 109 and his HDL was 32 with a total cholesterol of 176.

Essential to his overall management will be limitation of avoidable stress in his life which leads to question number five: what specific restrictions and limitations have been defined for Dr. Peterson regarding his occupation. Dr. Peterson has described to me from the outset of his illness that performance of cataract surgery in his practice has become increasingly stressful and difficult for him to manage. He, in the past, would operate one day a week. He said that one to two days preceding his surgery he would become increasingly anxious and fretful about the possibility of complications occurring at surgery and would find it difficult to sleep. At the end of a day of surgery he said he would feel totally exhausted and washed out and enervated by the experience. This clearly is a major source of stress to Dr. Peterson which has been a significant contributor to his atherosclerosis at this age. The remainder of his ophthalmologic practice he finds much less stressful, namely seeing and evaluating patients in his office. I think that he is capable of working on a full-time basis in his office seeing patients, however, I think it would be extremely detrimental to his health for him to continue performing cataract surgery. Additionally, I think that it would be detrimental to his health for him to take call and have to perform emergency surgery.

Dr. Peterson is not under any specific treatment for stress and has not been in the past to my knowledge, although the AHA has addressed the issue of stress and feels that the stress of employment cannot be isolated from the stress from everyday life, I think that that is not relevant to Dr. Peterson's situation where he has clearly identified the performance of ophthalmologic surgery as

RE: PETERSON, W. SCOTT DR.
DOB: 09/04/44
PAGE 3

a very high stress point in his life. Eliminating his surgical duties would clearly alleviate that stress which would be most beneficial for the longterm maintenance of his cardiovascular health.

I hope that these responses are helpful to you. If I can verify them in any way, please let me know.

Very truly yours,

James Flint, M.D.
JF:km
DD: 12/27/00
DT: 12/27/00
Enc.

**CARDIOLOGY ASSOCIATES OF WATERBURY, P.C.**
455 CHASE PARKWAY
WATERBURY, CONNECTICUT 06708

TELEPHONE (203) 573-1435
FAX (203) 753-1096

HENRY BORKOWSKI, JR., M.D.
DENNIS L. DOBKIN, M.D.
JAMES F. FLINT, M.D.
PAUL F. KELLY, M.D.
KEVIN G. KETT, M.D.
MARK RUGGIERO, M.D.
STEPHEN C. WIDMAN, M.D.

May 24, 2001

Attorney Augustus R. Southworth, III
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06702

**RE: PETERSON, W. SCOTT DR.**
**DOB: 09/05/44**

To Whom It May Concern:

Dr. Scott Peterson is under my care. He is 56 years old and has hypertension and a low HDL. In July 2000, he had a myocardial infarction followed by angioplasty and stenting of an occluded circumflex marginal branch. At that time he had a 70% stenosis in a very large diagonal of the left anterior descending at the origin of the diagonal and there were luminal irregularities in the distal portion of the left anterior descending and right coronary artery. He had a stress test in October 2000, and the ejection fraction by gated wall motion was 52%.

Essential to the management of Dr. Peterson's cardiovascular disease, is the reduction of all risk factors which may contribute to progression of the disease. This includes control of his blood pressure, control of his lipids and, very importantly, control of stress in his life. Dr. Peterson has repeatedly reported to me that the performance of ophthalmologic surgery has become extremely stressful and difficult for him to the point that he is anxious and fretful about his upcoming operations for one to two days prior to his surgical day and that he was experiencing significant difficulty in sleeping the night or two prior to his surgical day. He also reported that at the completion of a day of surgery he would feel completely enervated and exhausted. He has stopped doing surgery since his heart attack and reports that this has removed a huge amount of stress from his life.

It is clear that the experience of stress is a highly subjective phenomenon with different thresholds for stress occurring in each individual. Clearly in Dr. Peterson's case, the performance of ophthalmologic surgery has become exceedingly stressful and, therefore, has contributed to the progression of his vascular disease. He is still in his mid 50's and does have existing coronary artery disease at this time. It is essential that every effort be made to prevent progression of his disease and to prevent further heart attacks and damage to the heart.

RE: PETERSON, W. SCOTT DR.
DOB: 09/05/44
PAGE 2

It is my unequivocal recommendation that Dr. Peterson absolutely has to discontinue his surgical practice if he is to preserve his health.

Very truly yours,

James Flint, M.D.
JF:km
DD: 05/24/01
DT: 05/25/01

**Lawrence S. Cohen, M.D.**
633 Whitney Avenue
New Haven, CT 06511-2218

May 30, 2001

Attorney Augustus R. Southworth III
Carmody & Torrance
50 Leavenworth Street
PO Box 1110
Waterbury, CT 06721-1110

                                  Re: Walter Scott Peterson, M.D.

Dear Attorney Southworth:

    I have reviewed the following material on the above issue.

1. Dr. Peterson's application for disability benefits
2. The portion of the disability policy that defines "disability"
3. The letter from Unum denying Dr. Peterson's application
4. A letter from Dr. James F. Flint to GENEX dated December 27, 2000
5. Dr. Flint's medical records
6. The "Initial Vocational Report" by Betty Morris, MS, CRC and a "Cardiovascular Review" performed by Dr. Michael Greer, which Unum provided as the basis for their conclusions.

    Based on that review, it is my unequivocal opinion that Dr. Walter Scott Peterson is disabled in his ability to perform cataract and implant surgery. This type of surgery, unlike many other types of surgery, is extraordinarily stressful. Thoracic or abdominal surgery gives the surgeon a small margin of error. Ophthalmologic surgery has no margin for error whatsoever. Therefore, given Dr. Peterson's cardiologic problem of coronary artery disease, the stresses of ophthalmologic surgery are absolutely inimical to his continuing compensated cardiac condition. The fact that he can exercise on a treadmill has absolutely nothing to do with the unique stresses brought about by his doing surgery on the eye. His cardiac history is very well documented in that he had a percutaneous transluminal coronary angioplasty with a stent on 7/12/2000.

Page 2

May 30, 2001

Re: Walter Scott Peterson, M.D.

A letter of May 1, 2001 by Dr. Albert J. Solnit, Sterling Professor Emeritus of Pediatrics and Psychiatry at Yale School of Medicine, documents quite well the stresses of ophthalmologic surgery.

Therefore, in summary, in spite of the fact that Dr. Peterson is able to perform on a treadmill, and in spite of the fact that there is no adequate test to measure the effect of mental stress on induced ischemia, it is my firm opinion that Dr. Peterson is totally disabled from his being able to perform ophthalmologic surgery.

If I can supply you with any further information, please feel free to contact me.

Sincerely,

Lawrence S. Cohen, M.D.

LSC:em
Attachment

# Yale University

May 1, 2001

Albert J. Solnit, M.D.
Yale Child Study Center
Sterling Professor Emeritus
Pediatrics and Psychiatry
Senior Research Scientist
230 South Frontage Road
P.O. Box 207900
New Haven, Connecticut 06520-7900

Campus address:
I-277 Sterling Hall of Medicine
Child Study Center
Telephone: 203 785-2518
Fax: 203 785-7611
Email: Albert.Solnit@yale.edu

Augustus R. Southworth III, Esq.
50 Leavenworth Street
P. O. Box 1110
Waterbury CT 06721-1110

Dear Attorney Southworth:

I have recently consulted with Walter Scott Peterson, M.D., regarding his decision to discontinue doing cataract and implant surgery because of the tension and anxiety that is evoked by such intense, precise surgical activity. Since Dr. Peterson's cardiac difficulty and treatment in July of 2000, he has recognized that under the stress of surgery, he could not be as precise and steady as he believes such surgery requires. In our evaluative interviews (November 13, 2000; December 1, 2000; December 8, 2000; and December 15, 2000) it became clear that the tension and anxiety were secondary to his cardiac condition, leading to his sensible decision to discontinue this kind of surgery after his cardiac difficulty. From a psychological and psychosomatic point of view, I concur with this decision as one based on a disability that is significant and continuing.

Sincerely,

Albert J. Solnit, MD