UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 JAN 16  A 10:55

19

WALTER SCOTT PETERSON

　　　　Plaintiff,

VS.

UNUMPROVIDENT CORPORATION,
　　　　Defendant
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,
　　　　Defendant
HILB, ROGAL AND HAMILTON COMPANY,
　　　　Defendant

CIVIL ACTION NO.
3:02CV01844 (CFD)

JANUARY 15, 2003

## REPORT OF PARTIES' PLANNING CONFERENCE

**DATE COMPLAINT FILED:** October 22, 2002

**DATE COMPLAINT SERVED:** October 30, 2002

**DATE OF DEFENDANT'S APPEARANCE:** December 11, 2002 (UnumProvident Corporation and Provident Life and Accident Insurance Company); November 20, 2002 (Hilb, Rogal and Hamilton Company)

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 38, conferences were held on January 7 and 15, 2003. The participants were:

Domenico Zaino, Jr. for plaintiff, Walter Scott Peterson

[...] for defendants [...]
Provident Life and Accident Insurance Company, and

CARMODY & TORRANCE LLP
50 Leavenworth [...]
Post Office Box [...]
Waterbury, CT 06721-1110
Telephone: 203-573-1200

*The plaintiff's proposed schedule is approved*
*[signature] 1/16/03*

*So Ordered*
*[signature] USDJ 1/16/03*