UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 24  A 11: 30

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| WALTER SCOTT PETERSON,<br>Plaintiff<br><br>V.<br><br>UNUMPROVIDENT CORPORATION,<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY, and<br>HILB, ROGAL AND HAMILTON<br>COMPANY,<br>Defendants | CIVIL ACTION NO. 302CV01844CFD |

## MOTION TO ALLOW ELECTRONIC FILING

The defendants, UnumProvident Corporation and Provident Life and Accident Insurance Company, hereby requests that the Court allow documents to be electronically filed over the internet. The undersigned attorney contacted all counsel of record and obtained their consent to the allowance of this motion.

{H:\PA\Lit\16310\00043\A0711922.DOC}

UNUMPROVIDENT CORPORATION
AND
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY

By their attorney,


Joan O. Vorster, Esq.
BBO # CT20230
Kristina H. Allaire, Esq.
BBO # CT22072
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: May 21, 2004

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Augustus R. Southworth, III, Domenico Zaino, Jr., Carmody & Torrance, LLP, 50 Leavenworth Street, P.O. Box 1110, Waterbury, CT 06721-1110, and Samuel B. Mayer, Esq., 46 Woodbury Avenue, Stamford, CT 06907.


Kristina H. Allaire, Esq.

Dated: May 21, 2004