UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER SCOTT PETERSON, | : |
| Plaintiff | : Civil Action Number: 3:02 CV 1844 (CFD) |
| vs. | : |
| | : |
| UNUMPROVIDENT CORPORATION, | : |
| PROVIDENT LIFE AND ACCIDENT | : |
| INSURANCE COMPANY, | : |
| and HILB, ROGAL AND HAMILTON | : |
| COMPANY, | : |
| Defendants. | : |

### **O R D E R**

Having considered the joint request of the parties to file documents in the above-captioned case electronically [doc. # 44], the Court orders that after the date hereof, the parties shall file all documents in this case electronically. Counsel are reminded that they must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure and Civil Procedure, the District's Local Rules, and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

**Civil Cases**: All documents (including briefs and exhibits) relating to the following:

   a. Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;

    b.    Dispositive motions (Motions to Dismiss or for Summary Judgment);

    c.    Requested Jury Instructions;

    d.    Trial Memoranda and compliance with Pretrial Orders;

    e.    Trial Briefs, including Proposed Findings of Fact and Conclusions of Law; and

    f.    **Any other filing that is in excess of 10 pages**.

**Criminal Cases**:   All documents (including Briefs and Exhibits) relating to the following:

    a.    Motions to Dismiss;

    b.    Motions to Suppress;

    c.    Motions to Modify Pre-sentence Reports;

    d.    Requested Jury Instructions;

    e.    Trial Briefs; and

    f.    **Any other filing that is in excess of 10 pages.**

IT IS SO **ORDERED**.

Dated at Hartford, Connecticut this 26th day of May, 2004.

      /s/ CFD  
      CHRISTOPHER F. DRONEY  
      UNITED STATES DISTRICT JUDGE