UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER SCOTT PETERSON,<br>    Plaintiff<br><br>V.<br><br>UNUMPROVIDENT CORPORATION,<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY, and<br>HILB, ROGAL AND HAMILTON<br>COMPANY,<br>    Defendants | CIVIL ACTION NO. 302CV01844CFD |

**NOTICE OF MANUAL FILING**

    Please take notice that Defendant, UnumProvident and Provident Life and Accident Insurance Company, has manually filed the following document or thing:

    Attachment 1 to Defendant's Memorandum in Opposition to Plaintiff's Objection to Rulings by Magistrate Judge.

    This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

    The document or thing has been manually served on all parties.

        Respectfully Submitted:

        UNUMPROVIDENT CORPORATION
        AND
        PROVIDENT LIFE AND ACCIDENT
        INSURANCE COMPANY

        By their attorney,


        /s/ Kristina H. Allaire
        Kristina H. Allaire, Esq.
        CT22072
        Mirick, O'Connell, DeMallie & Lougee, LLP
        100 Front Street
        Worcester, MA 01608-1477
        Phone: (508) 791-8500
        Fax:   (508) 791-8502
        E-mail: khallaire@modl.com
        Federal Bar No. 22072

Dated: May 28, 2004

## CERTIFICATE OF SERVICE

    I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Augustus R. Southworth, III, Domenico Zaino, Jr., Carmody & Torrance, LLP, 50 Leavenworth Street, P.O. Box 1110, Waterbury, CT 06721-1110, and Samuel B. Mayer, Esq., 46 Woodbury Avenue, Stamford, CT 06907.

        /s/ Kristina H. Allaire
        Kristina H. Allaire, Esq.

Dated: May 28, 2004