UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER SCOTT PETERSON : | CIVIL ACTION NO. |
| Plaintiff, : | 3:02CV01844 (CFD) |
| : | |
| VS. : | |
| : | JULY 16, 2004 |
| UNUMPROVIDENT CORPORATION, : | |
| Defendant : | |
| PROVIDENT LIFE AND ACCIDENT : | |
| INSURANCE COMPANY, : | |
| Defendant : | |
| HILB, ROGAL AND HAMILTON COMPANY, : | |
| Defendant | |

## MOTION TO FILE AMENDED COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the plaintiff, Walter Scott Peterson, M.D., moves for permission to file an Amended Complaint in the above-captioned matter. In accordance with Local Rule 9, a Memorandum of Law in support of this Motion is attached hereto. A Copy of the Amended Complaint is attached to the Memorandum of Law as Exhibit A

Wherefore, the plaintiff respectfully requests that the Court grant this Motion.

Respectfully Submitted,
WALTER SCOTT PETERSON, M.D.

BY: _____
Augustus R. Southworth III (Bar No. ct04166)
asouthworth@carmodylaw.com
Domenico Zaino, Jr. (Bar No. ct20082)
dzaino@cardmodylaw.com
Carmody & Torrance LLP
50 Leavenworth Street, P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203-573-1200
Facsimile: 203-575-2600

## CERTIFICATION

This is to certify that on this the 16th day of July 2004, a copy of the foregoing Motion to File Amended Complaint and supporting Memorandum of Law was mailed, postage pre-paid, to the following counsel of record and pro se parties:

Joan O. Vorster, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

Samuel B. Mayer, Esq.
Duane Morris
46 Woodbury Avenue
Stamford, CT 06907

_____
Augustus R. Southworth III
Domenico Zaino Jr.

{W0307820} Y & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law    Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200