UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER SCOTT PETERSON : | CIVIL ACTION NO. |
| Plaintiff, : | 3:02CV01844 (CFD) |
| : | |
| VS. : | |
| : | AUGUST 2, 2004 |
| UNUMPROVIDENT CORPORATION, : | |
| Defendant : | |
| PROVIDENT LIFE AND ACCIDENT : | |
| INSURANCE COMPANY, : | |
| Defendant : | |
| HILB, ROGAL AND HAMILTON COMPANY, : | |
| Defendant | |

**MOTION FOR APPEARANCE *PRO HAC VICE***

Pursuant to Local Civil Rule of Procedure 83.1(d), the undersigned lawyer is honored to move this Court to permit Attorneys D. Frank Winkles and Claude H. Tison, Jr. to appear *pro hac vice* in the above-captioned case on behalf of the plaintiff, WALTER SCOTT PETERSON. The undersigned respectfully represents:

1.	The undersigned is a member of the bar of this Court and has filed an appearance on behalf of the Plaintiff, WALTER SCOTT PETERSON.

2.	Attorney Claude H. Tison, Jr. was admitted to the bar of the State of Florida in 1967, and has remained a member in good standing to the present. He has not been denied admission or disciplined by this Court or any other court.

3.	Attorney D. Frank Winkles was admitted to the bar of the State of Florida in 1973. He has not been denied admission by this Court or any other court. In 1993 he voluntarily suspended his membership in the Florida Bar for less than 90 days while attending a drug rehabilitation program, which was recognized *nunc pro*

*tunc* by the Florida Supreme Court as satisfying the penalty, and he has been a member in good standing since 1993.

4. Attorneys D. Frank Winkles and Claude H. Tison, Jr. have fully reviewed and are familiar with the Rules of the United States District Court for the District of Connecticut.

5. Attorneys D. Frank Winkles and Claude H. Tison, Jr. have the following contact information:

D. Frank Winkles
Florida Bar # 149760
Claude H. Tison, Jr.
Florida Bar # 106781
Firm: Winkles Law Group, P.A.
Address: 707 N. Franklin Street, 2nd Floor, Tampa Theatre Building, Tampa, Florida 33602
Telephone: (813) 226-3090; Facsimile: (813) 226-3128
E-Mail: claude@winkleslaw.com

6. This Motion is supported by the Affidavits of Attorneys D. Frank Winkles and Claude H. Tison, Jr., which are attached hereto and incorporated herein.

Dated at Waterbury, Connecticut, this 2nd day of August 2004.

Respectfully Submitted, WALTER SCOTT PETERSON

BY: _____
Augustus R. Southworth III (Bar No. ct04166)
asouthworth@carmodylaw.com
Domenico Zaino, Jr. (Bar No. ct20082)
dzaino@cardmodylaw.com
Carmody & Torrance LLP
50 Leavenworth Street, P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203-573-1200
Facsimile: 203-575-2600

{W1310085} CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200
2

## CERTIFICATION

This is to certify that on this the 2nd day of August 2004, a copy of the foregoing Motion for Appearance *Pro Hac Vice* and accompanying Affidavits of D. Frank Winkles and Claude H. Tison, Jr. in Support of Motion for Appearance *Pro Hac Vice* was mailed, postage pre-paid, to the following counsel of record and pro se parties:

Joan O. Vorster, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

Samuel B. Mayer, Esq.
Duane Morris
46 Woodbury Avenue
Stamford, CT 06907

_____
Augustus R. Southworth III
Domenico Zaino Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER SCOTT PETERSON<br>Plaintiff, | CIVIL ACTION NO.<br>3:02CV01844 (CFD) |
| VS. | |
| | JULY 22, 2004 |
| UNUMPROVIDENT CORPORATION,<br>Defendant<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>Defendant<br>HILB, ROGAL AND HAMILTON COMPANY,<br>Defendant | |

### AFFIDAVIT OF ATTORNEY IN SUPPORT
### OF MOTION FOR APPEARANCE *PRO HAC VICE*

D. Frank Winkles, being duly sworn, deposes and says:

1.　I am an attorney admitted to the bar of the State of Florida and am a member in good standing.

2.　I am admitted to practice in Florida, Fifth and Eleventh Courts of Appeals; U.S. District Courts for the Northern and Middle District of Florida, and before the Supreme Court of the United States. I am a member in good standing with all courts and associations. I have also been admitted to numerous other courts in the United States on a *pro hac vice* basis for individual cases. I have never been denied admission by any court. In 1993 I voluntarily suspended my membership in the Florida Bar for less than ninety days while I attended a drug rehabilitation program, which was recognized *nunc pro tunc* by the Florida Supreme Court as satisfying the penalty, and I have been a member of the Florida Bar in good standing since 1993.

{W1310085}

3.    The Plaintiff has retained the law firm of Carmody & Torrance as co-counsel in the above-captioned matter.

5.    Being admitted *pro hac vice* would enable the undersigned to effectively aid the attorneys at the law firm of Carmody & Torrance in representing the Plaintiff in the above-referenced matter and would serve the interests of the Plaintiff.

6.    I have fully reviewed and I am familiar with the Rules of the United States District Court for the District of Connecticut.

Sworn to under the pains and penalties of perjury this 26th day of July, 2004.

Dated at Tampa, Florida this 26th day of July, 2004.

_____
D. Frank Winkles

Subscribed and sworn to before me in Tampa, Hillsborough County, Florida this 26th day of July, 2004.



_____
Notary Public
My commission expires: 5-5-06

{W1310085}    2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WALTER SCOTT PETERSON | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV01844 (CFD) |
| | : | |
| VS. | : | |
| | : | JULY 22, 2004 |
| UNUMPROVIDENT CORPORATION, | : | |
| Defendant | : | |
| PROVIDENT LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY, | : | |
| Defendant | : | |
| HILB, ROGAL AND HAMILTON COMPANY, | : | |
| Defendant | | |

### AFFIDAVIT OF ATTORNEY IN SUPPORT
### OF MOTION FOR APPEARANCE *PRO HAC VICE*

Claude H. Tison, Jr., being duly sworn, deposes and says:

1.  I am an attorney admitted to the bar of the State of Florida and have remained a member in good standing from 1967 to the present.

2.  I have practiced general and appellate litigation as a member of the firm of Winkles Law Group, P.A. from November 2002 through the present. The law firm is currently located at 707 N. Franklin St., second floor, Tampa, Florida 33602.

3.  I was admitted to and practiced before the United States District Courts for the Northern, Middle and Southern Districts of Florida. I was also admitted to other courts in the United States on a *pro hac vice* basis for individual cases.

4.  I have never been denied admission or been disciplined by this Court or any other court.

{W1310085}

5.  The Plaintiff has retained the law firm of Carmody & Torrance as local counsel in the above-captioned matter.

6.  Being admitted *pro hac vice* would enable the undersigned to effectively aid the attorneys at the law firm of Carmody & Torrance in representing the Plaintiff in the above-referenced matter and would serve the interests of the Plaintiff.

7.  I have fully reviewed and I am familiar with the Rules of the United States District Court for the District of Connecticut.

Sworn to under the pains and penalties of perjury this 22nd day of July, 2004.

Dated at Tampa, Florida this 22nd day of July, 2004.

Claude H. Tison, Jr.

Subscribed and sworn to before me in Tampa, Hillsborough County, Florida this 22nd day of July, 2004.

Notary Public
My commission expires: 5-5-06

MILDRED SERRANO
Commission # DD0114773
Expires 5/5/2006
Bonded through
(800-432-4254) Florida Notary Assn., Inc.

{W1310085}                                   2