# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER SCOTT PETERSON,<br>    Plaintiff<br><br>V.<br><br>UNUMPROVIDENT CORPORATION,<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY, and<br>HILB, ROGAL AND HAMILTON<br>COMPANY,<br>    Defendants | CIVIL ACTION NO. 302CV01844CFD |

### AFFIDAVIT OF SUSAN ROTH

1. I, Susan Roth, being first duly sworn, upon oath, state that I am over the age of twenty-one (21) and if called as a witness in this matter, I can truthfully and competently testify to the following facts:

2. My name is Susan Roth and I am a Vice President, Corporate Secretary and Assistant General Counsel for UnumProvident Corporation. I make this statement based upon personal knowledge.

3. Provident Life and Accident Insurance Company was incorporated in January of 1910, in the state of Tennessee. Provident Life and Accident Insurance Company became an indirect wholly owned subsidiary of Provident Companies, Inc. in December 1995 and a direct wholly owned subsidiary of Provident Companies, Inc. in March 1996.

4. Provident Companies, Inc. was incorporated in Delaware on March 22, 1995, as a general business corporation. It acted as a holding company for a number of insurance companies and non-insurance company subsidiaries.

{H:\PA\Lit\16310\00042\A0726518.DOC}

5. On June 30, 1999, UNUM Corporation merged with and into Provident Companies, Inc. and effective June 30, 1999, Provident Companies, Inc. amended its charter to change its name to UnumProvident Corporation.

6. UnumProvident Corporation did not and never has assumed liability for the claims maintained against any of its insurance company subsidiaries including, but not limited to Provident Life and Accident Insurance Company. UnumProvident Corporation is a Delaware general business corporation and a non-insurance holding company for all of the UnumProvident subsidiary companies.

7. Provident Life and Accident Insurance Company maintains liability for its insurance contracts. Provident Life and Accident Insurance Company continues to be a Tennessee corporation that is in good standing and is authorized to do business as an insurance company by the Commission of Insurance of the State of Tennessee.

8. The above-described merger occurred at the holding company level. Provident Life and Accident Insurance Company maintains a separate corporate existence, including having separate corporate books and records from UnumProvident Corporation and different Boards of Directors than UnumProvident Corporation.

I declare under penalty of perjury under the laws of The United States of America that the foregoing is true and correct. Executed in Chattanooga, Tennessee on August _____, 2004.

SUSAN ROTH, Vice President, Corporate
Secretary and Assistant General Counsel for
UnumProvident Corporation

STATE OF TENNESSEE
COUNTY OF Hamilton

On the 6 day of August, 2004, before me, the undersigned Notary Public, in and for the State of Tennessee personally appeared Susan Roth, known

{H:\PAUL\l\16310\00042\A0726518.DOC}       2

to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same in the capacity therein stated and for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this _6_ day of August, 2004.

*Glenniel Heywood*
Notary Public, State of Tennessee
My Commission Expires: 08-23-2006

{H:\PA\LIT\16310\00042\A0726518.DOC}

3