FILED

2004 AUG -3 A 11: 37

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER SCOTT PETERSON<br>    Plaintiff, | CIVIL ACTION NO.:<br>3:02CV01844 (CFD) |
| VS. | |
| UNUMPROVIDENT CORPORATION,<br>    Defendant<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>    Defendant<br>HILB, ROGAL AND HAMILTON COMPANY,<br>    Defendant | AUGUST 2, 2004 |

### MOTION FOR APPEARANCE *PRO HAC VICE*

Pursuant to Local Civil Rule of Procedure 83.1(d), the undersigned lawyer is honored to move this Court to permit Attorneys D. Frank Winkles and Claude H. Tison, Jr. to appear *pro hac vice* in the above-captioned case on behalf of the plaintiff, WALTER SCOTT PETERSON. The undersigned respectfully represents:

1. The undersigned is a member of the bar of this Court and has filed an appearance on behalf of the Plaintiff, WALTER SCOTT PETERSON.

2. Attorney Claude H. Tison, Jr. was admitted to the bar of the State of Florida in 1967, and has remained a member in good standing to the present. He has not been denied admission or disciplined by this Court or any other court.

3. Attorney D. Frank Winkles was admitted to the bar of the State of Florida in 1973. He has not been denied admission by this Court or any other court. In 1993 he voluntarily suspended his membership in the Florida Bar for less than 90 days while attending a drug rehabilitation program, which was recognized *nunc pro*

{W0210085}  CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law   Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200