UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER SCOTT PETERSON,<br>    Plaintiff<br><br>V.<br><br>UNUMPROVIDENT CORPORATION,<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY, and<br>HILB, ROGAL AND HAMILTON<br>COMPANY,<br>    Defendants | CIVIL ACTION NO. 302CV01844CFD |

### STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice, without costs as to either party, and waiving all rights of appeal.

{H:\FA\Lit\16310\00042\A0738237.DOC}

CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

| | |
|---|---|
| WALTER SCOTT PETERSON | UNUMPROVIDENT CORPORATION AND PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY |
| By his attorneys, | By their attorney, |
| *[signature]* | *[signature]* |
| Augustus R. Southworth, III, ct04166<br>Domenico Zaino, Jr., ct20082<br>Carmody & Torrance, LLP<br>50 Leavenworth Street, P.O. Box 1110,<br>Waterbury, CT 06721-1110<br>Phone: 203-573-1200<br>Fax: 203-575-2600 | Joan O. Vorster, Esq.<br>BBO # CT20230<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502 |

HILB, ROGAL AND HAMILTON COMPANY

By its attorney,

_____
Samuel B. Mayer, Esq., ct14821
46 Woodbury Avenue
Stamford, CT 06907
Phone: 203-324-0711
Fax: 914-749-3701

Dated:

| | |
|---|---|
| WALTER SCOTT PETERSON<br><br>By his attorneys, | UNUMPROVIDENT CORPORATION<br>AND PROVIDENT LIFE AND<br>ACCIDENT INSURANCE COMPANY<br><br>By their attorney, |
| Augustus R. Southworth, III, ct04166<br>Domenico Zaino, Jr., ct20082<br>Carmody & Torrance, LLP<br>50 Leavenworth Street, P.O. Box 1110,<br>Waterbury, CT 06721-1110<br>Phone: 203-573-1200<br>Fax: 203-575-2600 | Joan O. Vorster, Esq.<br>BBO # CT20230<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502 |

HILB, ROGAL AND HAMILTON COMPANY

By its attorney,

Samuel B. Mayer, Esq., ct14821
46 Woodbury Avenue
Stamford, CT 06907
Phone: 203-324-0711
Fax: 914-749-3701

Dated:

## CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Augustus R. Southworth, III, Domenico Zaino, Jr., Carmody & Torrance, LLP, 50 Leavenworth Street, P.O. Box 1110, Waterbury, CT 06721-1110; Claude H. Tison, Esq., Winkles Law Group, P.A., Tampa Theatre Building, 707 North Franklin Street, 2nd Floor, Tampa, Florida 33602, and Samuel B. Mayer, Esq., 46 Woodbury Avenue, Stamford, CT 06907.

Joan O. Vorster, Esq.

Dated: 10-18-04